

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**200 East Wall Street, Room 222**
**Midland, Texas 79701-5217**

PHILIP J. DEVLIN
CLERK OF COURT

ANNETTE FRENCH
CHIEF DEPUTY

May 1, 2024

Francisco Rios Balderrama
Reg #27085-180
USP Lee
P.O. Box 305
Jonesville, VA 24263

Re:    Transcript Order for Appeal Filed

7:00-cr-00141-1 USA v. Balderrama et al

Dear Appellant:

Your **Notice of Appeal** has been transmitted to the Fifth Circuit Court of Appeals.  Pursuant to Rule 10.1 of the Fifth Circuit's Federal Rules of Appellate Procedure, appellants are required to order transcripts of proceedings in their case within 14 days of filing a Notice of Appeal. If no transcript is needed, the appellant is required to file an order form indicating that no transcript is required.

Transcript order forms are also available on the court's website at www.TXWD.USCourts.gov under the **Forms** section, **Miscellaneous** option and **District** folder. Requests for cases appealed to the Fifth Circuit should be completed using the **Fifth Circuit Court of Appeals Transcript Order** form. Instructions are included on page 2 of the form.  One courtesy copy is being provided.  If you do not have access to a computer and additional copies are required, please request the form(s) in writing to:

Clerk's Office
United States District Court
200 East Wall Street, Room 222
Midland, TX 79701

**Please note** a separate transcript order form must be completed for each court reporter so please request a transcript form for each court reporter.

Sincerely,

*JB*
By: Deputy Clerk

Enclosures:    Docket Sheet and Transcript Order Form